at the rate of 6 per cent. per annum upon deferred dividend payments from the dates like dividends out of the several banks were paid to the unsecured depositors. This allowance was proper. Chemical National Bank v. Armstrong (C. C. A. 6) 59 F. 372, 28 L. R. A. 231; Merrill v. First National Bank of Jacksonville (C. C. A.) 75 F. 148; Id., 173 U. S. 131, 19 S. Ct. 360, 43 L. Ed. 640; Armstrong v. American Exchange National Bank, 133 U. S. 433, 10 S. Ct. 450, 33 L. Ed. 747. The decree also directed the allowance of interest upon the claims decreed to be entitled to priority under section 3466, supra, at the rate of 4½ per cent. per annum, the rate which the banks contracted to pay the United States. Since the surety company became subrogated to the rights of the United States, this allowance was also proper. American Surety Co. v. Carbon Timber Co. (C. C. A. 8) 263 F. 295; Spring Coal Co. v. Keech (C. C. A. 4) 239 F. 48, L. R. A. 1917D, 1152.

It follows that the decree of the District Court was right, and it is affirmed.

---

**O. B. MOTHERSEAD, Bank Commissioner of the State of Oklahoma, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, a Corporation, Appellee.**

Circuit Court of Appeals, Eighth Circuit. October 28, 1927.

No. 7396.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

M. W. McKenzie and Gentry Lee, both of Oklahoma City, Okl., for appellant.

M. M. Thomas, of Oklahoma City, Okl. (S. H. Harris and J. R. Spielman, both of Oklahoma City, Okl., and S. L. Harris, of Kansas City, Mo., on the brief), for appellee.

Before BOOTH, Circuit Judge, and TRIEBER [1] and PHILLIPS, District Judges.

PHILLIPS, District Judge. In the case of Mothersead v. United States F. & G. Co. (No. 7400, opinion filed October 28, 1927) 22 F.(2d) 644, all of the questions presented on this appeal, on a state of facts substantially the same as the facts in this case, were considered by this court, and determined adversely to the contentions of the appellant here.

On the authority of that case the decree appealed from is affirmed.

---

**O. B. MOTHERSEAD, Bank Commissioner of the State of Oklahoma, Appellant, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, a Corporation, Appellee.**

Circuit Court of Appeals, Eighth Circuit. October 28, 1927.

No. 7397.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

M. W. McKenzie and Gentry Lee, both of Oklahoma City, Okl., for appellant.

J. S. Ross, of Oklahoma City, Okl. (H. C. Thurman, S. J. Clay, and Ross & Thurman, all of Oklahoma City, Okl., on the brief), for appellee.

Before BOOTH, Circuit Judge, and TRIEBER [1] and PHILLIPS, District Judges.

PHILLIPS, District Judge. In the case of Mothersead v. United States F. & G. Co. (No. 7400, opinion filed October 28, 1927) 22 F.(2d) 644, all of the questions presented on this appeal, on a state of facts substantially the same as the facts in this case, were considered by this court, and determined adversely to the contentions of the appellant here.

On the authority of that case the decree appealed from is affirmed.

---

**O. B. MOTHERSEAD, Bank Commissioner of the State of Oklahoma, Appellant, v. FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellee.**

Circuit Court of Appeals, Eighth Circuit. October 28, 1927.

No. 7398.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

M. W. McKenzie and Gentry Lee, both of Oklahoma City, Okl., for appellant.

J. S. Ross, of Oklahoma City, Okl. (H. C. Thurman, S. J. Clay, and Ross & Thurman, all of Oklahoma City, Okl., on the brief), for appellee.

Before BOOTH, Circuit Judge, and TRIEBER [1] and PHILLIPS, District Judges.

PHILLIPS, District Judge. In the case of Mothersead v. United States F. & G. Co. (No. 7400, opinion filed October 28, 1927) 22 F.(2d) 644, all of the questions presented on this appeal, on a state of facts substantially the same as the facts in this case, were con-

---

[1] The late Judge Trieber concurred in this opinion during his lifetime.